IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID SMITH, Individually and on Behalf of Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | |
| V.     ) ) | CIVIL ACTION NO. SA-17-CA-788-FB |
| M-I, LLC d/b/a MI SWACO,   ) ) | |
| Defendant.   ) | |

**ORDER APPROVING SETTLEMENT AND GRANTING DISMISSAL**

Before the Court are the parties' Joint Motion to Approve Settlement Agreement (docket no. 39) and dismiss this case with prejudice, the proposed settlement agreement, and the Report and Recommendation of the United States Magistrate Judge (docket no. 42) recommending the joint motion be granted and this case be dismissed with prejudice. Having reviewed the joint motion, the proposed settlement agreement, the Report and Recommendation, the pleadings on file and the entire record in this case, the Court finds that the proposed settlement is a reasonable resolution of a bona fide dispute between the parties over wages allegedly owed to plaintiffs.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Approve Settlement Agreement (docket no. 39) is GRANTED such that the Court finds the proposed settlement is a reasonable resolution of a bona fide dispute between the parties over wages allegedly owed to plaintiffs and this case is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

IT IS FURTHER ORDERED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 13th day of March, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE